IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN MICHAEL TACKETT,** | CIV S-08-2636 GGH |
| Petitioner, | **ORDER** |
| v. | |
| **R.E. BARNES,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including March 4, 2009.

Dated: January 14, 2009               /s/ Gregory G. Hollows
                                      _____
                                      The Honorable Gregory G. Hollows

Tack2636.eot

1

[Proposed] Order (CIV S-08-2636 GGH)